# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | **CV 13-5566-CBM(AJWx)** | Date | MARCH 7, 2017 |
| Title: | ***CALVIN NEWBURN v. JESUS URRUTIA, ET AL.,*** | | |

Present: The Honorable CONSUELO B. MARSHALL, UNITED STATES DISTRICT COURT JUDGE PRESIDING

| Yolanda Skipper | Laura Elias |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Joe Utzurrum | Davida M. Frieman/Rickey Ivie |

____ Day Court Trial 5th (held and continued) Day Jury Trial

__ The Jury is impaneled and sworn.

__ Opening statements made by ____

X Witnesses called, sworn and testified. __ Exhibits identified. __ Exhibits admitted.

X Plaintiff(s) rest. X Defendant(s) rest.

X Closing arguments made by X plaintiff(s) X defendant(s). X Court instructs jury.

X Bailiff(s) sworn. X Jury retires to deliberate. __ Jury resumes deliberations.

__ Jury Verdict in favor of __ plaintiff(s) is read and filed __ defendant(s) is read and filed.

__ Jury polled. __ Polling waived.

__ Filed Witness & Exhibit Lists __ Filed jury notes. __ Filed jury instructions.

__ Judgment by Court for ____ __ plaintiff(s) __ defendant(s).

__ Findings, Conclusions of Law & Judgment to be prepared by __ plaintiff(s) __ defendant(s).

__ Motion to dismiss by ____ is __ granted. __ denied. __ submitted.

__ Motion for mistrial by ____ is __ granted. __ denied. __ submitted.

__ Motion for Judgment/Directed Verdict by is __ granted. __ denied. __ submitted.

__ Settlement reached and placed on the record.

__ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

__ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

__ Trial subpoenaed documents returned to subpoenaing party.

X Case continued to MARCH 8, 2017 AT 8:00 A.M. for further trial/further jury deliberation.

X Other: Plaintiff Calvin Newburn is present. Court and counsel confer re the proposed jury instructions. Defendants make a Rule 50 motion and the Court takes the motion under submission. Plaintiff is to file the opposition to the defendants Rule 50 motion by no later than March 9, 2017.

5 : 17

Initials of Deputy Clerk YS

cc: all parties of record