ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
MAR - 8 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ______ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CALVIN NEWBURN,

Plaintiff,

vs.

JESUS URRUTIA, ARTHUR MARK PEREZ, DEREK WHITE, LORENA RODRIGUEZ, AND CHARLES CALDERARO,

Defendants.

CASE NO. 13-5566-CBM-AJWx

**COURT'S VERDICT FORM**

***REDACTED AS TO FOREPERSON SIGNATURE***

WE, THE JURY, unanimously find as follows:

1. Do you find Defendant Jesus Urrutia unreasonably searched the plaintiff as a parolee in violation of his rights under the Fourth Amendment of the United States Constitution?

| Yes | No |
|---|---|
| ______ | X |

*Proceed to Question 2.*

2. Do you find Defendant Jesus Urrutia unreasonably seized the plaintiff as a parolee in violation of his rights under the Fourth Amendment of the United States Constitution?

| Yes | No |
|---|---|
| ______ | X |

*Proceed to Question 3.*

3. Do you find Defendant Jesus Urrutia unreasonably seized the plaintiff by arrest after the weapon was found in violation of his rights under the Fourth Amendment of the United States Constitution?

| Yes | No |
|---|---|
| ______ | X |

*Proceed to Question 4.*

///

///

///

///

///

///

4. Do you find Defendant Jesus Urrutia, Arthur Mark Perez, Derek White, Lorena Rodriguez, and/or Charles Calderaro deliberately fabricated false evidence against the plaintiff in violation of his rights under the Fourteenth Amendment of the United States Constitution?

| | Yes | No |
|---|---|---|
| JESUS URRUTIA | | X |
| ARTHUR MARK PEREZ | | X |
| DEREK WHITE | | X |
| LORENA RODRIGUEZ | | X |
| CHARLES CALDERARO | | X |

*Proceed to Question 5.*

5. Do you find Defendant Jesus Urrutia, Arthur Mark Perez, Derek White, Lorena Rodriguez, and/or Charles Calderaro failed to intervene to prevent the violation of plaintiff's rights under the Fourth and/or Fourteenth Amendments of the United States Constitution?

| | Yes | No |
|---|---|---|
| JESUS URRUTIA | | X |
| ARTHUR MARK PEREZ | | X |
| DEREK WHITE | | X |
| LORENA RODRIGUEZ | | X |
| CHARLES CALDERARO | | X |

*If you answered yes as to any defendant for Questions 1, 2, 3, 4, or 5, proceed to Question 6. If you answered no as to all defendants for Questions 1 through 5, please sign and date the form.*

///

///

///

6. Do you find Plaintiff proved each element for his supervisory claim against Defendant Charles Calderaro?

| Yes | No |
|---|---|
| __________ | __________ |

*Proceed to Question 7.*

7. Enter the amount of compensatory damages or nominal damages you award Plaintiff for the violation of his rights under the United States Constitution. Enter an amount for the defendant only if you answered yes as to that defendant in Questions 1, 2, 3, 4, 5, and/or 6.

JESUS URRUTIA: $________________

ARTHUR MARK PEREZ: $________________

DEREK WHITE: $________________

LORENA RODRIGUEZ: $________________

CHARLES CALDERARO: $________________

*Proceed to Question 8.*

///

///

///

///

///

///

///

///

///

///

///

///

8. Do you find Defendant's conduct was malicious, oppressive, or in reckless disregard of Plaintiff's rights under the Fourth and/or Fourteenth Amendments of the United States Constitution?

| | Yes | No |
|---|---|---|
| JESUS URRUTIA | ________ | ________ |
| ARTHUR MARK PEREZ | ________ | ________ |
| DEREK WHITE | ________ | ________ |
| LORENA RODRIGUEZ | ________ | ________ |
| CHARLES CALDERARO | ________ | ________ |

*Please date and sign below, and return this verdict form to the Court.*

DATED: March 8, 2017.

/s/

~~FOREPERSON~~