UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN NEWBURN,<br><br>Plaintiff,<br><br>vs.<br><br>JESUS URRUTIA, ARTHUR MARK PEREZ, DEREK WHITE, LORENA RODRIGUEZ, AND CHARLES CALDERARO,<br><br>Defendants. | CASE NO. 13-5566-CBM-AJWx<br><br>**JUDGMENT**<br>[JS-6] |

Consistent with the jury's verdict (Dkt. Nos. 189, 195) and the Court's Order re: Defendants' Motion For Judgment As Matter of Law Pursuant To Federal Rules of Civil Procedure Rule 50 (Dkt. No. 197), judgment is entered:

(1) against Plaintiff Calvin Newburn ("Plaintiff"), and in favor of Defendant Jesus Urrutia on Plaintiff's first and second claims under 42 U.S.C. § 1983 for violation of Plaintiff's Fourth Amendment rights;

(2) against Plaintiff and in favor of Defendants Jesus Urrutia, Arthur Mark Perez, Derek White, Lorena Rodriguez, and

1

Charles Calderaro (collectively, "Defendants"), on Plaintiff's third claim under 42 U.S.C. § 1983 for violation of Plaintiff's Fourteenth Amendment rights;

 (3) against Plaintiff and in favor of Defendant Charles Calderaro on Plaintiff's fifth claim under 42 U.S.C. § 1983 for supervisor liability; and

 (4) against Plaintiff and in favor of Defendants on Plaintiff's sixth claim under 42 U.S.C. § 1983 for failure to intervene.

DATED: March 24, 2017.

_____
Honorable Consuelo B. Marshall
United States District Judge

2